Peter Jakab (PJ-8553)
FEIN & JAKAB
The Woolworth Building
233 Broadway · Suite 930
New York, NY 10279
(212) 732-9290

David Toy, Esq. (admitted in CA and TX)
SPAGNOLETTI & CO.
401 Louisiana St.
8th Floor
Houston, TX 77002-1629
(713) 653 5600

Attorneys for Plaintiff
COMMERCIAL METALS COMPANY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| COMMERCIAL METALS COMPANY,<br><br>　　　　　　Plaintiff,<br><br>　　　-against-<br><br>M.V. PORT VICTORIA IN REM, her engines, tackle, apparel, etc., PORT VICTORIA GMbh & CO., KGITM GENRMANY, GMbh, SK SHIPPING COMPANY, LTD., IN PERSONAM,<br><br>　　　　　　Defendants. | Case No.<br><br>**Rule 7.1 Statement** |

Plaintiff, pursuant to Federal Rule of Civil Procedure 7.1, states that it has no parent

corporation nor any public held corporation that owns 10% or more of its stock.

Dated: August 13, 2007  
      New York, New York

Respectfully,

FEIN & JAKAB  
The Woolworth Building  
233 Broadway · Suite 930  
New York, NY 10279  
212/732-9290

By: _____/s/_____  
PETER JAKAB (PJ-8553)

Attorneys for Plaintiffs  
COMMERCIAL METALS COMPANY