Peter Jakab (PJ-8553)
FEIN & JAKAB
The Woolworth Building
233 Broadway - Suite 930
New York, NY 10279
(212) 732-9290

David Toy (admitted in CA and TX)
SPAGNOLETTI & CO.
401 Louisiana St., 8th Floor
Houston, TX 77002-1629
(713) 653 5600

Attorneys for Plaintiff
COMMERCIAL METALS COMPANY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| COMMERCIAL METALS COMPANY, <br><br> Plaintiff, <br><br> -against- <br><br> M.V. PORT VICTORIA, *IN REM*, HER ENGINES, TACKLE, APPAREL, ETC., PORT VICTORIA GMBH & CO. KG, ITM GERMANY GMBH, AND SK SHIPPING CO., LTD., *IN PERSONAM* <br><br> Defendants. | Case No. 07 CV 7207 <br><br><br> **NOTICE OF DISMISSAL** |

Plaintiff, Commercial Metals Company ("CMC"), has fully and finally resolved its dispute

with each and every Defendant herein, and no longer desires to prosecute this action.

WHEREFORE PREMISES CONSIDERED, and pursuant to Federal Rules of Civil

Procedure, Rule 41(a)(1), Plaintiff CMC prays that its action be dismissed with prejudice.


Dated: November ___, 2007            Respectfully,
      New York, New York

                                        FEIN & JAKAB
                                        The Woolworth Building
                                        233 Broadway · Suite 930
                                        New York, NY 10279
                                        212/732-9290


By:_____
          PETER JAKAB (PJ-8553)

Attorneys for Plaintiffs
COMMERCIAL METALS COMPANY

2