Peter Jakab (PJ-8553)
FEIN & JAKAB
The Woolworth Building
233 Broadway - Suite 930
New York, NY 10279
(212) 732-9290

David Toy (admitted in CA and TX)
SPAGNOLETTI & CO.
401 Louisiana St., 8th Floor
Houston, TX 77002-1629
(713) 653 5600

Attorneys for Plaintiff
COMMERCIAL METALS COMPANY

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/18/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| COMMERCIAL METALS COMPANY,<br><br>Plaintiff,<br><br>-against-<br><br>M.V. PORT VICTORIA, *IN REM*, HER ENGINES, TACKLE, APPAREL, ETC., PORT VICTORIA GMBH & CO. KG, ITM GERMANY GMBH, AND SK SHIPPING CO., LTD., *IN PERSONAM*<br><br>Defendants. | Case No. 07 CV 7207<br><br>**NOTICE OF DISMISSAL** |

    Plaintiff, Commercial Metals Company ("CMC"), has fully and finally resolved its dispute with each and every Defendant herein, and no longer desires to prosecute this action.

WHEREFORE PREMISES CONSIDERED, and pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1), Plaintiff CMC prays that its action be dismissed with prejudice.

Dated: November ___, 2007  
       New York, New York

Respectfully,

FEIN & JAKAB  
The Woolworth Building  
233 Broadway · Suite 930  
New York, NY 10279  
212/732-9290

By:_____  
       PETER JAKAB (PJ-8553)

Attorneys for Plaintiffs  
COMMERCIAL METALS COMPANY

> "In accordance with the notice of Dismissal filed by plaintiff herein (Docket No. 3) entered 01/18/07, the Clerk of Court is directed to enter judgment dismissing the complaint in this action and to close the case and remove it from the Court's docket of open cases.
>
> SO ORDERED:
> 1-18-08
> DATE    VICTOR MARRERO, U.S.D.J.

2