**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
COMMERCIAL METALS COMPANY,
                        Plaintiff,

      -against-

M.V. PORT VICTORIA, IN REM, et al.,
                        Defendants.
-----------------------------------------------------------X

07 **CIVIL** 7207 (VM)

**JUDGMENT**

      Whereas the plaintiff having informed the Court that its action be dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1), and the matter having come before the Honorable Victor Marrero, United States District Judge, and the Court, on January 18, 2008, having rendered its Memo Endorsed Order directing the Clerk of the Court to enter judgment dismissing the complaint, it is,

      **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memo Endorsed Order dated January 18, 2008, the complaint is dismissed; accordingly, the case is closed.

**Dated:** New York, New York
          January 23, 2008

                                                    J. MICHAEL McMAHON
                                                        Clerk of Court
                                 BY:
                                                          **Deputy Clerk**

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____